IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07CR000043-001BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | AGREED ORDER FOR PAYMENT |
| CODY WHITE, | ) | |
| Defendant, | ) | |

The parties, the United States of America, and the judgment defendant, agree and stipulate as follows:

1. The judgment defendant, social security number, and address are: Code White; xxx-xx-8816; and Apex, North Carolina.

2. A Judgment was entered against the judgment defendant, in this action on November 6, 2007. The total balance due on the Judgment is $12,647.26 as of February 9, 2012.

3. The judgment defendant waives services of Notice of the Application for this Order of payment pursuant to the Federal Debt Collection Procedures Act of 1990 (FDCPA) and any other process to which the judgment defendant may be entitled under the FDCPA.

4. The parties therefore agree and stipulate to the entry of this Agreed Order For Payment against the judgment defendant. It is expressly agreed and stipulated to by the parties that the defendant shall pay to the United States a lump sum of $6,647.26 on February 9, 2012 and a monthly payment of $1,000.00

per month, beginning on February 25, 2012. Said monthly payments shall begin on February 25, 2012 and will be due on the 25th of each month thereafter until the debt is either paid in full or monthly payments are re-evaluated by the U. S. Attorneys Office. Checks should be made payable to:

    U. S. District Court

and mailed to:

    P. O. Box 25670
    Raleigh, North Carolina 27611

5. Nothing in this agreement prevents the plaintiff from pursuing administrative offsets, including that by Internal Revenue Service, and the judgment defendant specifically consents to the offset. Any payments applied to this claim by the Internal Revenue Service as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

6. The judgment defendant hereby knowingly waives any rights that he may have under 28 U.S.C. § 3205(c)(9) to any automatic accounting. In the event the above recovery is not sufficient to pay the debt in full, the U.S. shall be entitled to pursue any and all remedies to collect such debt as are allowed by law.

APPROVED AND SO ORDERED this <u>14th</u> day of <u>February</u>, 2012.

                                                        Senior United States District Judge

CONSENTED TO:

_____    DATE: 2/9/12
G. NORMAN ACKER, III
Assistant United States Attorney

_____    DATE: 2-9-2012
CODY WHITE
Judgment Defendant